UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>RALEY'S, a California Corporation; et al.,<br><br>            Defendants. | Case No. 2:12-CV-0226 JAM-KJN<br><br>ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS |

   This matter comes before the Court on Defendants Joyce Raley Teel and Michael J. Teel's (collectively the "Individual Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #8). Plaintiff Anthony B. Allen ("Plaintiff") did not oppose the Motion to Dismiss.[1]

   Plaintiff did not file an opposition or statement of non-opposition to the Individual Defendants' Motion to Dismiss. Local Rule 230(c) requires a non-moving party to file either an opposition to the motion or a statement of non-opposition no less

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for May 16, 2012.

1

than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, the Court will sanction Plaintiff's counsel, Larry L. Baumbach, $150.00 unless he shows good cause for his failure to comply with the Local Rules.

ORDER

IT IS HEREBY ORDERED that the Individual Defendants' Motion to Dismiss is GRANTED with prejudice because Plaintiff's Complaint fails to properly plead claims against the Individual Defendants. All claims against Joyce Raley Teel and Michael J. Teel are dismissed with prejudice, and they are both accordingly dismissed from this lawsuit.

IT IS FURTHER ORDERED that within ten (10) days of this Order, Larry L. Baumbach shall either (1) pay sanctions of $150.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated:  May 16, 2012.

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE