1  LARRY L. BAUMBACH
   State Bar No. 50086
2  LAW OFFICES OF LARRY L. BAUMBACH
   686 Rio Lindo Avenue
3  Chico, CA 95926
   Telephone: 530-891-6222
4
   Attorney for Plaintiff ANTHONY B. ALLEN
5
   DOWNEY BRAND LLP
6  DANIEL J. COYLE (Bar No. 119274)
   SHAYE HARRINGTON (Bar No. 238254)
7  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
8  Telephone:  916-444-1000

9  Attorneys for Defendant RALEY'S

10

11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15  ANTHONY B. ALLEN,                    Case No.:  2:12-cv-00226-JAM-KJN

16              Plaintiff,               **ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE
17       vs.                             DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS.**

18  RALEY'S, a California Corporation;
    JOYCE RALEY TEEL, an Individual;     **Date: January 23, 2013**
19  MICHAEL J. TEEL, an Individual; DOES **Time: 9:30 a.m.**
    ONE through 100, Inclusive,          **Dept.: Hon. John A. Mendez**
20                                              **Courtroom 6**
            Defendants.
21  _____

22
        The Parties have entered into a Stipulation to Continue Defendant's Motion for Partial
23
    Judgment on the Pleadings to February 20, 2013 at 9:30 a.m.  Plaintiff's Opposition to the
24
    Motion shall be due on February 6, 2013 and Defendant's Reply shall be due on February
25
    13, 2013.
26
        The Court finds, adjudges and orders as follows:
27
        The Parties Stipulation to Continue the Hearing on Motion for Partial Judgment on
28
    the Pleadings is GRANTED.

1 |       IT IS SO ORDERED.

2 | Dated:  January 18, 2013

3 |                                   /s/ John A. Mendez
U. S. District Court Judge