LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for Plaintiff ANTHONY B. ALLEN

DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
SHAYE HARRINGTON (Bar No. 238254)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916-444-1000

Attorneys for Defendant RALEY'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RALEY'S, a California Corporation;<br>JOYCE RALEY TEEL, an Individual;<br>MICHAEL J. TEEL, an Individual; DOES<br>ONE through 100, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-00226-JAM-KJN<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS.**<br><br>**Date: January 23, 2013**<br>**Time: 9:30 a.m.**<br>**Dept.: Hon. John A. Mendez**<br>**　　　　Courtroom 6** |

　　　The Parties have entered into a Stipulation to Continue Defendant's Motion for Partial Judgment on the Pleadings to February 20, 2013 at 9:30 a.m.  Plaintiff's Opposition to the Motion shall be due on February 6, 2013 and Defendant's Reply shall be due on February 13, 2013.

　　　The Court finds, adjudges and orders as follows:

　　　The Parties Stipulation to Continue the Hearing on Motion for Partial Judgment on the Pleadings is GRANTED.

1 | IT IS SO ORDERED.

2 | Dated: January 18, 2013

3 | /s/ John A. Mendez
U. S. District Court Judge