UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Allen,<br><br>        Plaintiff,<br><br>  v.<br><br>RALEY'S, a California Corporation; JOYCE RALEY TEEL, an Individual; MICHAEL J. TEEL, an Individual; DOES ONE through 100, Inclusive,<br><br>        Defendants. | No.  2:12-cv-00226 JAM KJN<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT RALEY'S MOTION FOR SUMMARY JUDGMENT** |

    This matter came on regularly scheduled for hearing on December 5, 2013, at 10:00 a.m., in Courtroom 6 of the above-entitled Court.  Shaye Schrick of Downey Brand LLP appeared on behalf of Defendant RALEY'S ("Raley's") and Larry L. Baumbach appeared on behalf of Plaintiff ANTHONY ALLEN ("Plaintiff"). This matter having been fully argued and considered, the Court hereby rules as follows:

    1.   No triable issue of material fact exists as to Plaintiff's First Claim for Relief against Raley's for age discrimination because Plaintiff cannot establish a prima facie

1

case for age discrimination; therefore, Raley's is entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, on Plaintiff's First Claim for Relief for age discrimination.

2. No triable issue of material fact exists as to Plaintiff's First Claim for Relief against Raley's for race discrimination because Plaintiff cannot establish a prima facie case for race discrimination; therefore, Raley's is entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, on Plaintiff's First Claim for Relief for race discrimination.

3. Triable issues of material fact exist as to Plaintiff's Second Claim for Relief against Raley's for racial harassment; therefore, Raley's is not entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, on Plaintiff's Second Claim for Relief for racial harassment.

4. No triable issue of material fact exists as to Plaintiff's Third Claim for Relief against Raley's for failure to take all reasonable steps necessary to prevent racial discrimination and harassment from occurring because Raley's appropriately responded to each complaint of race discrimination and/or harassment; therefore, Raley's is entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, on Plaintiff's Third Claim for Relief for failure to take all reasonable steps necessary to prevent racial discrimination and harassment from occurring.

5. No triable issue of material fact exists as to Plaintiff's punitive damages claim because no managing agent or

managerial employee of Raley's engaged in malice, fraud or oppression or acted with reckless disregard as to the rights of Plaintiff and, alternatively, because no managing agent or managerial employee of Raley's had knowledge of wrongful conduct by an employee and ratified or authorized that conduct; therefore, Raley's is entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, on Plaintiff's punitive damages claim.

Accordingly, IT IS HEREBY ADJUDGED AND DECREED that Raley's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment is GRANTED IN PART and DENIED IN PART.  The motion is granted as to Plaintiff's First Claim for Relief for age and race discrimination, Third Claim for Relief for failure to take all reasonable steps necessary to prevent racial discrimination and harassment from occurring, and the punitive damages claim.  It is denied as to Plaintiff's Second Claim for Relief for racial harassment.

IT IS SO ORDERED.

Dated:   January 22, 2014

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE