Choudhary Law Office
Nilesh Choudhary, 219425
Joel Rapaport, 248847

Mailing Address:
4010 Foothills Blvd. Suite 103
PM Box 221
Roseville, CA 95747

Office Address:
2377 Gold Meadow Way, 100
Gold River, CA 95670

P: 916.526.2770
F: 916.740.4672
e: jdrapaport@gmail.com

Attorneys for Plaintiff,
Anthony Allen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>RALEY'S AND BEL AIR, a California Corporation; JOYCE RALEY TEEL, an individual; MICHAEL J. TEEL, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-00226-JAM-KJN<br><br>SUBSTITUTION OF ATTORNEY<br>[LOCAL RULE 83-182(g)] |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Anthony Allen, in Pro Per, hereby substitutes Nilesh Choudhary and Joel Rapaport of the Choudhary Law Office, located at 2377 Gold Meadow Way, Suite 100, Gold River, California 95670; telephone (916) 526-2770; facsimile (916) 740-4672, as its attorneys of record in the above-

1
Substitution of Attorney

1    entitled action..

2        This substitution may be signed in facsimile counter parts in order to avoid delay.

3        I have read this substitution and consent to the foregoing.

4    Date:   March 14, 2014

5

6

7                                                 Anthony B. Allen, Plaintiff

8

9        I agree to the above substitution.

10

11   Date:   March 14, 2014                       CHOUDHARY LAW OFFICE

12

13                                                 /s/ Joel Rapaport

14                                                 Joel Rapaport

15       SO ORDERED.

16

17   DATED:  June 4, 2014

18                                                 John A. Mendez, Judge
                                                   UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

                                    2
                          Substitution of Attorney