UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALEY'S, a California Corporation; JOYCE RALEY TEEL, an Individual; MICHAEL J. TEEL, an Individual; DOES ONE through 100, Inclusive,<br><br>　　　　Defendants. | No.　2:12-cv-00226 JAM KJN<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE NO. 2, 4, 8, 9, AND 10** |

　　The Court has received and reviewed the following Motions in Limine filed by Defendant Raley's:

　　1. Defendant Raley's Motion in Limine No. 2 to Exclude Evidence of Plaintiff's Contention that Raley's Employees (Specifically "John" and "Ferrin") Made Racially-Derogatory Statements Regarding African Americans While Working on the Night Crew at Store No. 438 in the 1980s or Early 1990s or that Plaintiff Complained about Those Allegations During the Same Time Period (Doc. #51);

　　2. Defendant Raley's Motion in Limine No. 4 to Exclude

1

1       Evidence Related to Statements Allegedly Made by Mike
2       Bates and Mike Cummings before August 2009 (Doc. #53);
3    3. Defendant Raley's Motion in Limine No. 8 to Exclude
4       Evidence Related to Discipline of Adam Smith for Physical
5       Contact with an Unrelated Employee After Plaintiff
6       Stopped Working at Store No. 438 (Doc. #57);
7    4. Defendant Raley's Motion in Limine No. 9 to Exclude
8       Evidence Related to Mike Bates' Transfer from Store No.
9       438 to Store No. 405 (Doc. #58);
10   5. Defendant Raley's Motion in Limine No. 10 to Exclude
11      Evidence Related to Plaintiff's Contention that Jim
12      Winkleman Said to Randy Bushey, Outside of Plaintiff's
13      Presence, that Randy Bushey's "Dick isn't the Right
14      Color" to Date One of his Coworkers, or Something to that
15      Effect (Doc. #59).
16   The Court has also reviewed Plaintiff Allen's oppositions to
17 each of these motions (Doc. ## 85, 87, 89, 90, 91).
18   Defendant Raley's Motions in Limine No. 2, 4, 8, 9, and 10
19 are GRANTED.
20   IT IS SO ORDERED.
21 Dated: September 2, 2014

*[signature]*
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2